NOBLE A. BIRGE AND ANOTHER V. WILLIAM A. WANHOP.

It is well settled, that this court will not revise the charge of the court below, where there is no statement of facts.

ERROR from Cass. Tried below before the Hon. W. S. Todd.

This was an action brought by the defendant in error, against the plaintiffs in error, for the value of a slave. The defendants, having asked certain instructions to be given to the jury, which were refused, excepted to the ruling of the court; and assigned for error, the ruling of the court, and the alleged errors in the judge's charge. The record contained no statement of the facts proved on the trial.

*Farley*, for the plaintiffs in error.

*S. F. Mosely*, for the defendant in error.

WHEELER, C. J.—It is well settled, that this court will not revise the charge of the court, where there is no statement of the facts proved upon the trial. (Armstrong v. Lipscomb, 11 Texas Rep. 649.) There is no error in the judgment, and it is affirmed.

Judgment affirmed.